USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
In Re: RML, LLC, :
:
:
DEBTOR. :
------------------------------------------------------------------:
: 24-CV-6782 (VEC)
CERTAIN POST-BANKRUPTCY TALC :
CLAIMANTS, : ORDER
:
APPELLANT, :
:
-against- :
:
RML, LLC, :
:
APPELLEE. :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 6, 2022, Appellant Certain Post-Bankruptcy Talc Claimants filed a notice of appeal from the Bankruptcy Court, *see* Dkt. 1;

IT IS HEREBY ORDERED that, by no later than **Tuesday, September 24, 2024**, the parties must meet and confer and file a joint letter with a proposed briefing schedule with respect to the appeal.

**SO ORDERED.**

Date: September 9, 2024
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**